

**Warren A. Koshofer, Esq.**
Wkoshofer@mrllp.com
Telephone: 212.730.7700

January 2, 2026

<u>**Via CM/ECF**</u>

Hon. Gregory H. Woods, USDJ
United States District Court, SDNY
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      **Re:**    *Foster v. WPP plc, et al. – Case No. 1:25-cv-10674-GHW*
               *Order to Show Cause – ECF No. 8 – December 29, 2025*

Dear Judge Woods:

    This letter is respectfully submitted on behalf of Defendants GroupM Worldwide, LLC d/b/a WPP Media and WPP plc (collectively, "<u>Defendants</u>") in response to your Honor's above-referenced Order to Show Cause dated December 29, 2025 (the "<u>OSC</u>"). Defendants thank your Honor for the opportunity to respond to the OSC.

    While Defendants believe the allegations in the complaint of their being joint employers are wholly without merit and crafted to defeat this Court's jurisdiction, they will address that issue, and others, in the state court upon remand. After the complaint is so challenged by responsive pleading, Defendants will, to the extent necessary, revisit potential removal of this action at that time.

                            Respectfully submitted,

                            **MICHELMAN & ROBINSON, LLP**

                            Warren A. Koshofer

cc:    <u>Via Email and U.S. Mail</u>
       William A. Brewer I, Esq.
       **Brewer, Attorneys & Counselors**
       750 Lexington Avenue, 14th Floor
       New York, New York 10022
       Email:  wab@brewerattorneys.com

cc:    <u>Via Email</u>
       Sanford L. Michelman, Esq.
       Mona Z. Hanna, Esq.
       Parul Aggarwal, Esq.